Edward Mahn, appellee, v. Riverview Park Company, appellant. Gen. No. 30,788.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Willis F. Graham, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

John E. Foster, for appellant. Augustine J. Bowe and William J. Bowe, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

Anton Jaggle, appellee, v. Sidney W. Andersen, trading as Andersen & Company, appellant. Gen. No. 30,920.

Action for damages for false representations in sale of bonds. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed June 14, 1926.

William Friedman, for appellant. Levinson & Levinson, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

Stanley Kwasniak, administrator, appellee, v. Samuel Gratch et al., appellants. Gen. No. 30,567.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Michael L. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed June 14, 1926. Rehearing denied June 29, 1926.

Lester L. Bauer and Busby, Weber, Miller & Donovan, for appellants; Walter I. Deffenbaugh, of counsel. Gallagher, Shulman, Abrams & Henry, for appellee; Vincent G. Gallagher and Maurice H. Daniels, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Gregory T. Van Meter, administrator of the estate of Honore H. Douglass, deceased, appellee, v. Rosamond L. Chadwick and Clarence B. Chadwick, appellants. Gen. No. 30,433.

Bill for an accounting and for a redelivery of certain pledged property. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

Newby & Murphy, for appellants; Albert E. Isley, of counsel. John W. Ellis, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.